

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00013-CV

**THE HENDERSON-WESSENDORFF FOUNDATION**,
Appellant

v.

**PIONEER NATURAL RESOURCES USA, INC.**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-08-00196-CVK
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's December 12, 2021 judgment is VACATED and this case is DISMISSED WITH PREJUDICE. We ORDER the clerk of this court to issue the mandate immediately. Costs of the appeal are taxed against the parties that incurred them.

SIGNED May 25, 2022.

_____
Beth Watkins, Justice